UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY COHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>REBEKAH CHILDREN'S SERVICES FOUNDATION, INC., and others,<br><br>        Defendants. | Case No. 25-cv-10711-NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF 1 |

    Defendants LT Medical, LLC and LocumTenens.com, LLC removed this case to this Court from Santa Clara County Superior Court on December 16, 2025.  This Order requires Defendants to "show cause" by filing a written response by December 31, 2025, explaining why this case should not be remanded back to state court for lack of subject matter jurisdiction.

    Federal courts are courts of limited jurisdiction.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  District courts have subject matter jurisdiction through federal question or diversity jurisdiction.  28 U.S.C. §§ 1331, 1332.  Diversity jurisdiction requires complete diversity of citizenship and an amount in controversy greater than $75,000.  28 U.S.C. § 1332(a).

    Defendants claim that there is diversity of citizenship because Plaintiff is a citizen

of Tennessee, and LT Medical, LLC and LocumTenens.com, LLC are both organized under the laws of Georgia and headquartered there. ECF 1 ¶¶ 13, 15. But "for the purposes of diversity . . . an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Without information on the citizenship of Defendants' owners/members, this Court cannot assess whether complete diversity exists.

The Court finds that Defendants provided sufficient information to establish that the amount in controversy threshold is satisfied. ECF 1 ¶¶ 24–27.

In conclusion, Defendants have not established that federal subject matter jurisdiction is satisfied because they provide the incorrect test for citizenship of an LLC and do not provide sufficient facts. Accordingly, Defendants must show cause in writing by December 31, 2025, why this case should not be remanded back to state court for lack of subject matter jurisdiction. Plaintiffs may respond by January 7, 2026.

**IT IS SO ORDERED.**

Dated: December 19, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2