1  Jason A. Geller (SBN 168149)
   E-Mail: jgeller@fisherphillips.com
2  Victor C. Ng (SBN 325879)
   E-Mail: vng@fisherphillips.com
3  FISHER & PHILLIPS LLP
   1 Montgomery Street, Suite 3400
4  San Francisco, California 94104
   Telephone: (415) 490-9000
5  Facsimile: (415) 490-9001

6  Attorneys for Defendants
   LOCUMTENENS.COM, LLC
7  and LT MEDICAL, LLC

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13  | AMY COHEN, an Individual, | CASE NO.: 25-cv-10711-NC |
14  | Plaintiff, | *[Removed from Santa Clara County Superior Court, Case No. 25CV479287]* |
15  | v. | **ORDER REMANDING CASE** |
16  | REBEKAH CHILDREN'S SERVICES FOUNDATION, INC., a California Corporation; LT MEDICAL, LLC, a Georgia Limited Liability Company; LOCUMTENENS.COM, LLC, a Georgia Limited Liability Company; and DOES 1 through 10, Inclusive, | Complaint Filed:  November 3, 2025 |
17  |  | Trial Date:       Not Set |
18  | Defendants. |  |

(lines 19–28 blank)

Upon review of the Joint Stipulation to Remand, this Court orders the following:

**ORDERED:** This case is REMANDED to the Superior Court of the State of California, in and for the County of Santa Clara entitled *Amy Cohen v. Rebekah Children's Services Foundation, Inc.; LT Medical, LLC; LocumTenens.com, LLC,* Case No. 25CV479287. The Clerk is further directed to terminate all pending motions and close this case.

**IT IS SO ORDERED**.

Dated:   December 31, 2025



THE HONORABLE UNITED STATES MAGISTRATE JUDGE
NATHANAEL M. COUSINS

# CERTIFICATE OF SERVICE

I, the undersigned, am over the age of 18 years and not a party to this action. I am employed in the County of San Francisco with the law offices of Fisher & Phillips LLP and its business address is 1 Montgomery Street, Suite 3400, San Francisco, California 94104.

On December 31, 2025, I served the following document(s) **[PROPOSED] ORDER REMANDING CASE** on the person(s) listed below as follows:

| | |
|---|---|
| Joshua I. White<br>Julie Takash<br>LAUREL EMPLOYMENT LAW<br>808 Wilshire Boulevard<br>Suite 200<br>Santa Monica, California 90401 | *Attorneys for Plaintiff*<br>Telephone: 323-551-9221<br>Email: josh@laurelemploymentlaw.com<br>julie@laurelemploymentlaw.com<br>kyle@laurelemploymentlaw.com |

☐ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid.

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above. My electronic service address is njwilliams@fisherphillips.com.

☒ **[by ELECTRONIC SUBMISSION]** - - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 31, 2025, at San Francisco, California.

_____
Niya Williams